06cv578    Page 2

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
# HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District | Delaware |
|---|---|---|
| Name (under which you were convicted): JAMES E. ALLEN | | Docket or Case No.: 0208020748 |
| Place of Confinement: Delaware Corr. Ctr. Smyrna, D.E. | | Prisoner No.: 490461 |
| Petitioner (include the name under which you were convicted) JAMES E. ALLEN | v. | Respondent (authorized person having custody of petitioner) STATE OF DELAWARE |
| The Attorney General of the State of | | |

Scanned- BD 9/15/06

FILED SEP 1 4 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Receipt #

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: SUPERIOR COURT OF The STATE OF DELAWARE, 500 N. KING STREET, WILMINGTON, DELAWARE, 19801
   (b) Criminal docket or case number (if you know): 0208020748
2. (a) Date of the judgment of conviction (if you know): July 26, 2003
   (b) Date of sentencing: February 5, 2004
3. Length of sentence: 58 years
4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐
5. Identify all crimes of which you were convicted and sentenced in this case: ATTEMPTED ROBBERY FIRST, ATTEMPTED BURGLARY 2nd, POSS. FIREARM, AGGRAVATED MENACING, AND CONSPIRACY 2nd.

6. (a) What was your plea? (Check one)
   (1) Not guilty ☑        (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐            (4) Insanity plea ☐
   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☒   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☒   No ☐

8. Did you appeal from the judgment of conviction?

Yes ☒   No ☐

9. If you did appeal, answer the following:
(a) Name of court: __Delaware Supreme Court__
(b) Docket or case number (if you know): __Case No: 103__
(c) Result: __Case Remanded and Convictions Reversed.__
(d) Date of result (if you know): __7-26-05__
(e) Citation to the case (if you know): __878 A2d 447 (Del 2004)__
(f) Grounds raised: __Trial Court Improperly Admitted into Evidence Co-defendants plea Agreement Without his live Testimony.__

(g) Did you seek further review by a higher state court?   Yes ☐   No ☒

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
    Yes ☑  No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: Superior Court of Delaware
        (2) Docket or case number (if you know): 0208020748
        (3) Date of filing (if you know): May 26, 2006
        (4) Nature of the proceeding: Habeas Corpus
        (5) Grounds raised: State in First Trial did improperly Amend The Charging Terms of The Indictment In Violation of His Fifth Amendment Rights. And State lost its Jurisdiction To proceed as The indictment Became invalid as a matter of law. Defendant Asserted That he was now Being illegally Detained on Amended Indictment.
        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐   No ☑
        (7) Result: _____
        (8) Date of result (if you know): _____
    (b) If you filed any second petition, application, or motion, give the same information:
        (1) Name of court: Delaware Supreme Court
        (2) Docket or case number (if you know): 276, 2006
        (3) Date of filing (if you know): June 26, 2006
        (4) Nature of the proceeding: Writ of Mandamus
        (5) Grounds raised: To Order The Superior Court To Rule on Habeas Corpus Petition

Page 5

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?      Yes ❏   No ❏

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

  (1) Name of court: __Delaware Supreme Court__

  (2) Docket or case number (if you know): __325, 2006 or 325-2006__

  (3) Date of filing (if you know): __June 22, 2006__

  (4) Nature of the proceeding: __Appeal Against Judgement__

  (5) Grounds raised: __Appeal Against Judgement of The Superior Court Decision Denying Habeas Corpus Petition on The Merits of The Constitutional Claim Asserted And The Unlawful Restraint of An Invalid Indictment__

_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?      Yes ❏   No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

  (1) First petition:    Yes ☑   No ❏
  (2) Second petition:   Yes ☑   No ❏
  (3) Third petition:    Yes ☑   No ❏

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____
_____

Page 6

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION</u>: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** State Without The Judicial Authority To do So did literally Amend Indictment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
At The Commencement of Petitioners First Trial, State prosecutor did motion the court literally to change the charging terms of the Indictment of the Grand Jury without the Authority to do so. To Indictment was Amended to Charge defendant as an Accomplice Rather than a principle Actor in Crimes

(b) If you did not exhaust your state remedies on Ground One, explain why: Because Court Appointed Counsel Failed To preserve the issue For Appellate Review, And Appeal lawyer Failed To observe Error til After Appeal.

(c) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☑
   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: Because Court Appointed Counsel Failed To Preserve issue For Appellate Review

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☑   No ☐
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: Habeas Corpus Petition
   Name and location of the court where the motion or petition was filed: Superior Court of Delaware, New Castle County

Docket or case number (if you know): __0208020748__
Date of the court's decision: __June 16, 2006__
Result (attach a copy of the court's opinion or order, if available): __See Attached Copy of Opinion__

(3) Did you receive a hearing on your motion or petition?
  Yes ☐   No ☑
(4) Did you appeal from the denial of your motion or petition?
  Yes ☑   No ☐
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
  Yes ☑   No ☑
(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: __Delaware Supreme Court, Dover, Delaware__
Docket or case number (if you know): __No. 325, 2006__
Date of the court's decision: __Aug 21, 2006__
Result (attach a copy of the court's opinion or order, if available): __See Attached Copy of Opinion__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __N/A__

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __N/A__

Page 8

_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____
_____
                                   *N/A*
_____

(c) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

     Yes ❏  No ❏

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
_____
_____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

     Yes ❏  No ❏

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____
_____

   Docket or case number (if you know): _____
   Date of the court's decision: _____ *N/A* _____
   Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

   (3) Did you receive a hearing on your motion or petition?

     Yes ❏  No ❏

   (4) Did you appeal from the denial of your motion or petition?

     Yes ❏  No ❏

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

     Yes ❏  No ❏

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____
_____

Case 1:06-cv-00578-GMS    Document 1    Filed 09/15/2006    Page 7 of 16

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____ N/A _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

## GROUND THREE: _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____ N/A _____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

(c) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ❏  No ❏

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
       _____ N/A _____

Case 1:06-cv-00578-GMS    Document 1    Filed 09/15/2006    Page 8 of 16

Page 10

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?         Yes ❑    No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____ n/a _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

   Yes ❑    No ❑

(4) Did you appeal from the denial of your motion or petition?

   Yes ❑    No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑    No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____ n/a _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____ n/a _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

Page 11

GROUND FOUR: _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____ N/A _____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____ N/A _____

(c) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❏   No ❏

   (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ❏   No ❏

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____ N/A _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion or petition?

   Yes ❏   No ❏

   (4) Did you appeal from the denial of your motion or petition?

   Yes ❏   No ❏

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

n/a

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

n/a

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☑ No ☐

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

    n/a

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____
_____
_____
_____
_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ❏   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____
_____
_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
   (a) At preliminary hearing: _Joseph Benson Esq._
   _Wilmington, Delaware_
   (b) At arraignment and plea: _Anthony Figliola Esq._
   _Marsh Rd, Wilmington, Del. 19801_
   (c) At trial: _Anthony Figliola_
   _Same Above_
   (d) At sentencing: _Anthony Figliola Esq._
   _Same Above_
   (e) On appeal: _John S. Malik Esq_
   _King Street, Wilmington Del. 19801_
   (f) In any post-conviction proceeding: _____
   _____

   (g) On appeal from any ruling against you in a post-conviction proceeding: _____
   _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ❏   No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____ N/A _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ❏   No ❏

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

CASE WAS REMANDED BACK TO SUPERIOR COURT BY HIGHER STATE COURT, THE DELAWARE SUPREME COURT. AND PETITIONER CHALLENGED THE ILLEGAL RESTRAINT IN A STATE HABEAS CORPUS PETITION AWAITING THE DECISIONS OF BOTH THE SUPERIOR AND SUPREME COURT'S BEFORE PETITIONER COULD FILE FEDERAL HABEAS CORPUS PETITION AFTER EXHAUSTING STATE REMEDIES.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

   (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: Order State Court To Vacate indictment As Invalid And petitioner Discharged pending Valid Indictment.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on Sept 10, 2006 (month, date, year).

Executed (signed) on Aug 28, 2006 (date).

_____
Signature of Petitioner

---

\*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

...

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

## IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

\* \* \* \* \*

IM James E. Allen
SBI# 49044 INT PT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE 19850



United States District Court
District of Delaware
J. Caleb Boggs Federal Bldg.
844 King Street
Locker Box 18
Wilmington, D.E. 19801



NO. 325, 2006

```
                    SUPERIOR COURT - NEW CASTLE COUNTY
                         AS OF 07/19/2006                        PAGE    1

   06M-05-130
   FILED  May 26,2006                    MISCELLANEOUS HABEAS CORPUS
   JUDGE: CHT                            NON ARBITRATION
   STATUS: CLO    E-FILED:               NON-JURY TRIAL

PRO SE              JAMES ALLEN
                                   -- VS --
                    THOMAS CARROLL


   05/26/2006      1   PETITION FOR WRIT OF HABEAS CORPUS

   06/16/2006      2       SO ORDER, ON 06/12/06 BY TOLIVER, J. UPON REVIEW
                       IT IS THE DECISION OF THE COURT THAT THE PETITION IS
                       HEREBY DENIED. PETITIONER IS LEGALLY DETAINED.
                       PETITIONER FAILS TO STATE A CLAIM UPON WHICH SUCH A
                       WRIT MAY BE ISSUED. THE RELIEF REQUESTED IS NOT
                       PROPERLY GRANTED THROUGH A WRIT OF HABEAS CORPUS.
                       PETITIONER INSTEAD CHALLENGES THE VALIDITY OF THE
                       UNDERLYING CHARGES WHICH ARE TO BE RETRIED.

   06/27/2006      3   NOTICE OF APPEAL FILED IN SUPREME COURT ON 6/22/2006 BY
                       JAME SE. ALLEN, PRO SE PLTF BELOW-APPELLANT, FROM THE
                       DENYING OF THE HABEAS CORPUS BY TOLIVER, J. ON 6/12/06.
                       #325, 2006.
```

FILED PROTHONOTARY 2006 JUL 19 AM 9:48

CERTIFIED AS A TRUE COPY:
ATTEST: SHARON AGNEW
PROTHONOTARY
BY [signature]

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JAMES E. ALLEN,<br><br>    Petitioner Below-<br>    Appellant,<br><br>v.<br><br>STATE OF DELAWARE,<br><br>    Respondent Below-<br>    Appellee. | § § § § § § § § § § § § § § § | No. 325, 2006<br><br>Court Below—Superior Court<br>of the State of Delaware,<br>in and for New Castle County<br>C.A. No. 06M-05-130 |

Submitted: July 10, 2006
Decided: August 25, 2006

Before **STEELE**, Chief Justice, **JACOBS**, and **RIDGELY**, Justices.

### ORDER

This 25th day of August 2006, upon consideration of the appellant's opening brief and the State's motion to affirm, it appears to the Court that:

(1) The appellant, James Allen, filed this appeal from the Superior Court's denial of his petition for a writ of habeas corpus. The State of Delaware has filed a motion to affirm the judgment of the Superior Court on the ground that it is manifest on the face of Allen's opening brief that the appeal is without merit. We agree and affirm

(2) The record reflects that Allen was convicted of several charges, including attempted burglary and related offenses, in July 2003. This Court reversed Allen's convictions on direct appeal and remanded the matter for a

new trial.[1] Thereafter, the State obtained a superseding indictment. Allen's retrial presently is scheduled for September 19, 2006.

(3) Allen filed a petition for a writ of habeas corpus, arguing that the indictment is defective and the Superior Court thus lacks jurisdiction to hold him. Allen contended that the grand jury had indicted him as a principal but the prosecutor improperly amended the indictment to charge him as an accomplice. The Superior Court dismissed Allen's petition on the ground that his attempt to challenge the validity of the underlying charges was not properly subject to relief through a writ of habeas corpus.

(4) After careful consideration of the parties' respective positions, we find it manifest that the judgment of the Superior Court denying Allen's petition for a writ of habeas corpus should be affirmed on the basis that habeas corpus relief is not available to allege trial errors that can be reviewed on appeal.[2] Allen's claim that the State improperly amended the indictment against him is in the nature of a trial error that can be raised on appeal.[3]

---

[1] *Allen v. State*, 878 A.2d 447 (Del. 2004).

[2] *Golla v. State*, 135 A.2d 137 (Del. 1957), *cert. denied*, 355 U.S. 965 (1958) (writ of habeas corpus may not be used as a writ of error to review errors in the conduct of trial).

[3] *See Johnson v. State*, 711 A.2d 18 (Del. 1998).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/Henry duPont Ridgely
Justice