D.I. #_____

# CIVIL ACTION
# NUMBER: _____ 06cv 578 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

            OFFICIAL USE

Postage              $  1.35
Certified Fee           2.40
Return Receipt Fee      1.85         Postmark
(Endorsement Required)                 Here
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $  5.60

Sent To     WARDEN TOM CARROLL
Street, Apt. No.;  DELAWARE CORRECTIONAL CENTER  06-578
or PO Box No. 181 PADDOCK RD.
City, State, ZIP+4  SMYRNA, DE 19977

PS Form 3800, June 2002          See Reverse for Instructions
```

7005 1820 0004 3164 7104