IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES E. ALLEN**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 06-578-GMS |
| | : |
| **THOMAS CARROLL**, Warden, | : |
| and **JOSEPH R. BIDEN, III**, Attorney | : |
| General of the State of Delaware, | : |
| | : |
| Respondents. | : |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1. The petitioner, James E. Allen, has applied for federal habeas relief challenging an amendment to his November 2002 indictment by a Delaware Superior Court grand jury for attempted first degree robbery, attempted second degree burglary, possession of a firearm during the commission of a felony and related offenses. D.I. 1. The undersigned filed an answer to the petition on March 9, 2007.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. Due to the large volume of record retrieval recently required by prosecutors in the appeals division, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the records on or before April 13, 2007.

4. Respondents submit that an extension of time to April 13, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date: March 9, 2007

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents

Date: March 9, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES E. ALLEN**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 06-578-GMS |
| | : |
| **THOMAS CARROLL**, Warden, | : |
| and **JOSEPH R. BIDEN, III**, Attorney | : |
| General of the State of Delaware, | : |
| | : |
| Respondents. | : |

## ORDER

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records shall be filed on or before April 13, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2007, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on March 9, 2007, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

    James E. Allen
    1 Andover Court
    New Castle, DE 19720

                                                  /s/ Elizabeth R. McFarlan
                                                  Deputy Attorney General
                                                  Department of Justice
                                                  820 N. French Street
                                                  Wilmington, DE 19801
                                                  (302) 577-8500
                                                  Del. Bar. ID No. 3759
                                                  elizabeth.mcfarlan@state.de.us