IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMES E. ALLEN**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-578-GMS |
| | : | |
| **THOMAS CARROLL**, Warden, | : | |
| and **JOSEPH R. BIDEN, III**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**THIRD MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1. The petitioner, James E. Allen, has applied for federal habeas relief challenging an amendment to his November 2002 indictment by a Delaware Superior Court grand jury for attempted first degree robbery, attempted second degree burglary, possession of a firearm during the commission of a felony and related offenses. D.I. 1. The undersigned filed an answer to the petition on March 9, 2007.

2. By the terms of the Court's order of March 13, 2007, the respondents were to file certified copies of the state court records material to the questions raised in the petitioner's appeal by April 13, 2007.

3. Due to scheduling problems and a burdensome caseload, the undersigned has been unable to obtain the certified state court records in order to file them today. The undersigned now anticipates obtaining and copying the records on or before June 1, 2007.

4.      Respondents submit that an extension of time to June 1, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date:  May 10, 2007

## RULE 7.1.1 CERTIFICATION

  I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

<u>/s/ Elizabeth R. McFarlan</u>
Deputy Attorney General

Counsel for Respondents

Date:  May 10, 2007

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMES E. ALLEN**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-578-GMS |
| | : | |
| **THOMAS CARROLL**, Warden, | : | |
| and **JOSEPH R. BIDEN, III**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

## ORDER

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records shall be filed on or before June 1, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 10, 2007, I electronically filed this motion for extension of time to file certified state court records with the Clerk of Court using CM/ECF. I also hereby certify that on May 10, 2007, I have mailed by United States Service, two copies of the same document to the following non-registered participant:

    James E. Allen
    1 Andover Court
    New Castle, DE 19720

    <u>/s/ James T. Wakley</u>
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 4612
    james.wakley@state.de.us