**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **JAMES E. ALLEN**, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civ. Act. No. 06-578-GMS |
| : | |
| **THOMAS CARROLL**, Warden, : | |
| and **JOSEPH R. BIDEN, III**, Attorney : | |
| General of the State of Delaware, : | |
| : | |
| Respondents. : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.  Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

   a.  Appellant's Opening Brief & Appendix (No. 103, 2004)

   b.  State's Answering Brief (No. 103, 2004)

   c.  Appellant's Reply Brief (No. 103, 2004)

   d.  Opinion (July 7, 2005) (No. 103, 2004)

   e.  Appellant's Petition for a Writ of Mandamus (No. 276, 2006)

   f.  State's Answer & Motion to Dismiss (No. 276, 2006)

   g.  Order (Aug. 21, 2006) (No. 276, 2006)

   h.  Appellant's Opening Brief (No. 325, 2006)

   i.  State's Motion to Affirm (No. 325, 2006)

   j.  Order (Aug. 25, 2006) (No. 325, 2006)

   k.  Appellant's Petition for a Writ of Mandamus (No. 465, 2006)

   l.  State's Answer & Motion to Dismiss (No. 465, 2006)

      m.  Order (Oct. 31, 2006) (No. 465, 2006).

2.  Notice is also hereby given that a certified copies of the following Delaware Superior Court documents in case ID No. 0208020748 have also been manually filed with the Court and are available in paper form only:

      a.  Criminal Docket

      b.  Petition for a Writ of Habeas Corpus (May 10, 2006) (Dkt. Item 101)

      c.  Order (May 17, 2006) (Dkt. Item 102)

      d.  Petition for a Writ of Habeas Corpus (May 20, 2006) (Dkt. Item 103)

      e.  Order (June 12, 2006) (Dkt. Item 107).

/s/ Elizabeth R. McFarlan
Deputy Attorney General (Del. Bar. ID #. 3759)
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
elizabeth.mcfarlan@state.de.us

May 14, 2007

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 14, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on May 14, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    James E. Allen
    1 Andover Court
    New Castle, DE 19720

                                            /s/ Elizabeth R. McFarlan
                                            Deputy Attorney General
                                            Department of Justice
                                            820 N. French Street
                                            Wilmington, DE 19801
                                            (302) 577-8500
                                            Del. Bar. ID No. 3759
                                            elizabeth.mcfarlan@state.de.us